UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARK WHELTON,

Plaintiff,

v.

Case No. 26-cv-13724
Hon. Judith E. Levy

BRIDGEPORT-SPAULDING SCHOOL DISTRICT; AMY MORALES, in her individual and official capacity; BRENTOYA BRAY-BREAMSY, in her individual and official capacity; CARMEN CASTILLO, in her individual and official capacity; LUCY ANNE ERBY, in her individual and official capacity;

Defendants.
_____________________________________/

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that attorney Michael D. Hanchett with the law firm of Plunkett Cooney hereby enters his appearance as counsel of record on behalf of Defendants in the above-captioned matter.

Respectfully submitted,

PLUNKETT COONEY

BY: */s/Michael D. Hanchett*
Michael D. Hanchett (P80974)
*Attorney for Defendants*
38505 Woodward Ave., Ste. 100
Bloomfield Hills, MI 48304
(248) 594-8689
mhanchett@plunkettcooney.com

Dated: November 10, 2026

**CERTIFICATE OF SERVICE**

I do hereby certify that on November 10, 2026, I filed the foregoing document and this Certificate of Service with the Clerk of the Court using the electronic court filing system, which will send notification of such filing to all Counsel of Record.

*/s/Debra L. Vogt*
DEBRA L. VOGT
PLUNKETT COONEY